UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **FELIX SMITH BORGES** | **CIV. ACTION NO. 3:21-03962** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DILSHOD Y. ABDURASULOV, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM RULING**

Before the Court is a Motion for Summary Judgment [Doc. No. 14], filed by the Defendant State Farm Mutual Automobile Insurance Company ("State Farm"). The motion is unopposed.

For the reasons set forth herein, State Farm's Motion for Summary Judgment is GRANTED.

**I.   BACKGROUND**

The pending matter was removed to this Court from the State of Louisiana, Parish of Madison,[1] on November 13, 2021.[2] The case involves a multi-vehicle automobile accident which occurred on Interstate 20 in Madison Parish, Louisiana on October 16, 2020.

Plaintiff Felix Smith Borges ("Borges") filed suit against several defendants, including State Farm. Borges alleges that at the time of the accident, State Farm issued an automobile liability insurance policy, which included underinsured motorist coverage, med pay coverage, or personal injury protection coverage.[3]

---

[1] Case No. 21-160, State of Louisiana, Parish of Madison, Sixth Judicial District Court.
[2] [Doc. No. 1]
[3] [Doc. No. 14-1 ¶¶ 39-41]

State Farm admits it issued two policies to Borges, covering a 2017 Toyota Rav4 and a 2002 GMC Savana[4] at Borges' residence in Tampa, Florida. However, State Farm has provided evidence that neither policy provides coverage for underinsured motorist coverage, medical payments, or personal injury protection coverage.

Underinsured motorist coverage was rejected on both policies by Borges.[5] The policies did not provide med pay coverage, and the policies excluded coverage for personal insurance protection coverage. Borges owned the 2008 International Tractor he was driving at the time of the accident. The policies excluded coverage because Borges sustained bodily injury while occupying a motor vehicle owned by the named insured and not insured under the State Farm policies Borges had.[6]

There is no opposing evidence to dispute State Farm's claim. Neither State Farm policy provides coverage for underinsured motorist protection, med pay, or personal injury protection coverage.

This Court also believes Florida law applies to this issue. Louisiana is the site of the accident but has no other contracts with the parties in this suit. The State Farm policies were written and issued in Florida to cover the vehicle located in Florida owned by residents of Florida. As to this particular issue, Florida insurance law applies.[7]

The two State Farm policies do not provide coverage to Borges and State Farm's Motion for Summary Judgment is warranted.

---

[4] Policy numbers J03 4485- D03-59A and J078535-E07-59
[5] [Doc. No. 14-3 and 14-5].
[6] [Doc. No. 14-2 and 14-4, p. 17]
[7] Louisiana Civil Code article 3515 and 3537.

## II.     CONCLUSION

For the reasons set forth herein, State Farm's Motion for Summary Judgment [Doc. No. 14] is GRANTED.

**MONROE, LOUISIANA**, this 1st day of July 2022.

>                                              _____
>                                              TERRY A. DOUGHTY
>                                              UNITED STATES DISTRICT JUDGE